# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

JOHNS-MANVILLE CORPORATION, et al.,

                Debtors.

Chapter 11
Case Nos. 82 Br. 11656 (CGM) through,
82 Br. 11676 (CGM) inclusive

-----------------------------------------------------------X

In re:

MANVILLE FOREST PRODUCTS CORP.,

                Debtor.

Chapter 11
Case Nos. 82 Br. 11659 (CGM)

-----------------------------------------------------------X

LYDIA BERRY,

                Appellant,

-against-

GRAPHIC PACKAGING INTERNATIONAL, INC.,

                Appellee.

16 **CIVIL** 5817 (PGG)

**JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2020, the Order of the Bankruptcy Court for the Southern District of New York is affirmed; the appeal is dismissed in its entirety; accordingly, this case is closed.

**Dated:** New York, New York
        September 30, 2020

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**
_____
**Deputy Clerk**